**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant, JAMES KARAM SCHWARTZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:13-CR-00362 AWI |
| ) | |
| Plaintiff, ) | STIPULATION FOR CONTINUANCE OF SENTENCING AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| JAMES KARAM SCHWARTZ, ) | |
| ) | |
| Defendant ) | |

    IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, Grant B. Rabenn and Henry Carbajal, counsel for the United States, and Dale A. Blickenstaff, counsel for the Defendant, James Schwartz, that the sentencing hearing currently set for Monday, January 11, 2016, may be continued to February 29, 2016, at 10:00 a.m.

    The reason for this continuance is to provide the Defendant additional time to gather additional materials to be provided to the court, which would have relevance as to the type of sentence he receives.

    The United States Probation Office has been informed of this proposed order.

Dated:  January 7, 2016        BENJAMIN B. WAGNER
                                        United States Attorney

                                        By     /s/ Grant B. Rabenn_____
                                        GRANT B. RABENN, Assistant United States Attorney

Dated: January 7, 2016           Respectfully submitted,

By      /s/ Dale A. Blickenstaff
DALE A. BLICKENSTAFF, Attorney for Defendant
SHAUNA MARIE FABREGA

## **ORDER**

IT IS SO ORDERED that the sentencing hearing be continued to February 29, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 7, 2016                                    _____
                                                                        SENIOR  DISTRICT  JUDGE